UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:18-21533-CIV-Altonaga/Goodman

KEY INTERNATIONAL CORP.,

    Plaintiff,

v.

LLOYD'S UNDERWRITERS AT LONDON,

    Defendant.
_____/

**FIRST AMENDED COMPLAINT**

Plaintiff, KEY INTERNATIONAL CORP (the "Insured"), hereby sues Defendant, LLOYD'S UNDERWRITERS AT LONDON (the "Insurance Company"), and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. § 1332, because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

2. Venue for this breach of contract action is proper in the United States District Court for the Southern District of Florida, Miami Division, pursuant to 28 U.S.C.A. § 1391(b), and 28 U.S.C.A. § 1391(c).

3. The Insured, at all times material hereto has maintained ownership of the subject property, which is located at 745 N Mashta Drive, Key Biscayne, FL 33149.

4.	The Insurance Company is a foreign entity qualified to do business in Florida and has, at all times material hereto, been conducting business in Miami-Dade County, Florida.

5.	All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

## GENERAL ALLEGATIONS

6.	At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect a certain homeowners insurance policy subscribed by the Insurance Company with a policy number of B1180D160620/789FTL (the "Policy"). A true and correct copy of policy is attached hereto as Exhibit "**A**".

7.	Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured's property against certain losses. The damaged property is located at 745 N Mashta Drive, Key Biscayne, FL 33149 (the "Property").

8.	On or about September 10, 2017, while the Policy was in full force and effect, the Property sustained a covered loss as a result of Hurricane Irma (the "Loss").

9.	The Insurance Company assigned claim number 915985 to the Loss.

10.	The Insurance Company acknowledged that the Property sustained a covered Loss but determined the damages did not exceed the deductible.

11.	However, after diligent inspection of the Loss, it was obvious that the Property sustained covered damages greater than the damages acknowledged by the Insurance Company.

12.	As of the date of the filing of this lawsuit, the Insurance Company has failed to acknowledge that additional payment would be forthcoming and it has failed to adequately provide coverage under the terms of the Policy. As a result of the foregoing, the Insurance Company has breached the Policy.

13. The Insured has suffered and continues to suffer damages resulting from Insurance Company's breach of the Policy.

14. The Insured has been obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee pursuant to Florida Statute Section 627.428.

## COUNT I
## BREACH OF CONTRACT

15. The Insured reincorporates paragraphs 1 through 14 as if fully set forth herein.

16. It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to insure the Insured's Property.

17. The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing obligations under the Policy.

18. The Insured's Property sustained damage which the Insurance Company agreed to provide coverage for under the terms of the Policy.

19. Furthermore, at all times material hereto, the Insured have satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) protecting the Property from further loss; (ii) making reasonable and necessary repairs to protect the Property; and (iii) keeping an accurate record of the repairs expenses. Accordingly, the Insured have made diligent effort to complete reasonable repairs to the Property and has mitigated the damages sustained.

20. In contrast, the Insurance Company has failed to: (i) provide coverage for the Loss under the terms of the Policy; and/or (ii) acknowledge that additional payment would be

forthcoming; and/or (iii) make adequate payment of insurance proceeds to the Insured.  As a result of the foregoing, the Insurance Company has breached the Policy.

21. As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured have sustained damages.

WHEREFORE, the Insured respectfully requests that this Court enter judgment against the Insurance Company for damages, plus interest, court costs and reasonable attorney's fees pursuant to Section 627.428, Florida Statutes.

## JURY TRIAL DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 17th day of May, 2018. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

Respectfully Submitted,

**MARIN, ELJAIEK, LOPEZ & MARTINEZ**
*Attorneys for Plaintiff*
2601 S. Bayshore Drive
18th Floor
Coconut Grove, Florida 33133
Telephone: (305) 444-5969
Facsimile: (305) 444-1939
Aml@Mellawyers.com

By:_____/s/ Anthony Lopez_____
**ANTHONY M. LOPEZ, ESQ. (FBN: 13685)**

## SERVICE LIST

Key International Corp., v Certain Underwriters at Lloyds London
CASE NO. 18-21533-CIV-Altonaga/Goodman

| *Attorneys for the Plaintiffs* | *Attorneys for Defendant* |
|---|---|
| *Marin, Eljaeik, Lopez & Martinez* | Wood, Smith, Henning & Berman LLP |
| *Anthony M. Lopez, Esq.* | Richard E. Zelonka, Esq. |
| *2601 S. Bayshore Dr, 18th Floor* | *1170 Peachtree Street, Suite 1200 |* |
| *Coconut Grove, FL 33133* | *Atlanta, GA 30309* |
| *(305) 444-5969* | *(404) 885-6032* |
| *Fax: (305) 444-1939* | *Fax: (404) 895-8522* |
| *Email: aml@Mellawyers.com* | *Email: RZelonka@wshblaw.com* |