**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  1:18-CV-21533-CIV-ALTONAGA/Goodman**

KEY INTERNATIONAL CORP,

        Plaintiff,

v.

LLOYD'S UNDERWRITER AT LONDON,

        Defendant.
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, by and through the undersigned counsel, and hereby notify the Court that all matters have settled with regard to the above styled cause.  The parties will be submitting a Dismissal upon finalization of settlement documents.

**CERTIFICATE OF SERVICE**

    **WE HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 2nd November. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

        Respectfully Submitted,

        **MARIN, ELJAIEK, LOPEZ & MARTINEZ**
        *Attorneys for Plaintiff*
        2601 S. Bayshore Drive
        18th Floor
        Coconut Grove, Florida 33133
        Telephone: (305) 444-5969
        Facsimile: (305) 444-1939
        Aml@Mellawyers.com

        By:_____*/s/ Anthony M. Lopez*_____
        **ANTHONY M. LOPEZ, ESQ. (FBN: 13685)**

## **SERVICE LIST**

Key International Corp vs. Lloyd's Underwriter at London
CASE NO. 18-21533-CIV-ALTONAGA/Goodman

| *Attorneys for the Plaintiffs* | *Attorneys for Defendant* |
|---|---|
| *MARIN, ELJAIEK, LOPEZ & MARTINEZ* | *WOOD, SMITH, HENNING & BERMAN LLP* |
| *Anthony M. Lopez, Esq.* | *Richard E. Zelonka, Esq.* |
| *2601 S. Bayshore Dr, 18th Floor* | *1170 Peachtree Street, Suite 1200* |
| *Coconut Grove, FL 33133* | *Atlanta, GA 30309* |
| *(305) 444-5969* | *(404) 885-6032* |
| *Fax: (305) 444-1939* | *Fax: (404) 895-8522* |
| *Email: aml@Mellawyers.com* | *Email: RZelonka@wshblaw.com* |
| | *slytle@wshblaw.com* |